UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Adversary Title :** | Ukrainian Federal Credit Union v. Kravchenko et al | **Case No :** | 09-22718 - C - 7 |
| | | **Adv No :** | 09-02307 - C |
| | | **Date :** | 9/3/09 |
| | | **Time :** | 9:00 |

**Matter :** Trial - [1] - (62 (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud)) : Complaint 09-02307 by Ukrainian Federal Credit Union against Viktor Kravchenko, Tetyana Kravchenko. Fee $250 (npas)

**Judge :** Richard T. Ford
**Courtroom Deputy :** Teresa Jackson
**Reporter :** Diamond Reporters
**Department :** C

**APPEARANCES for :**
**Movant(s) :**
    Plaintiff's Attorney - John D. Creedon
**Respondent(s) :**
    Translator - Oleg Lyashenko
    Defendant - Viktor/Tetyana Kravchenko


TRIAL was :
Findings of fact/conclusions of law stated orally on record
Judgment for plaintiff

ORDER TO BE PREPARED BY :    John Creedon.